E. B. Cadwell, appellant, v. William R. Johnson Manufacturing Company, appellee. Gen. No. 29,828.

Action to recover rent. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 6, 1925.

Wetten, Pegler & Dale, for appellant. Loucks, Eckert & Peterson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Jean A. Cartwright, appellee, v. Erle K. Baker, appellant. Gen. No. 29,849.

Action on promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 6, 1925.

Albert L. Blumenfeld, for appellant. Benedict J. Short and Joseph Z. Willner, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Charles Coon et al., appellees, v. Morris G. Levinson and Meyer Shapiro, defendants. Morris G. Levinson, appellant. Gen. No. 29,860.

Suit to foreclose trust deed. Decree for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 6, 1925.

Morris G. Levinson, for appellant; Robert D. Melick, of counsel. Stephen A. Cross, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

S. Goldberg, appellee, v. Schiff Safety Deposit Company, appellant. Gen. No. 29,868.

Action to recover money alleged to have been deposited in safety deposit box. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 6, 1925.

Ringer, Wilhartz & Hirsch, for appellant; Samuel E. Hirsch and Arthur Wolf, of counsel. Morris Sider, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.